UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WINDWARD BORA LLC,
               Plaintiff,

v.

KEITH ROSARIO,
               Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 5256 (VB)

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

12/8/2021

As discussed at a conference held on the record today, at which plaintiff's counsel and defendant appeared, it is HEREBY ORDERED:

1. For the reasons stated on the record, the motion for default judgment (Doc. #12) is DENIED.

2. By **January 7, 2022**, defendant shall answer, move, or otherwise respond to the complaint.

3. Plaintiff is directed to work in good faith with defendant to settle this matter. By **January 7, 2022**, plaintiff's counsel shall submit a letter regarding the status of settlement discussions and indicating whether the Court can assist in that regard, including by referral to a Magistrate Judge for a settlement conference.

4. There will be a status conference on **March 10, 2022, at 10:00 a.m.** in Courtroom 620.

5. The Clerk of Court is directed to update defendant's address on the docket to reflect the address below:

    Keith Rosario
    139 Gate Schoolhouse Road
    New Hampton, NY 10958
    (914) 262-5574
    krosario123@gmail.com

1

Chambers will send a copy of this Order to defendant by mail to the above address.

Dated: December 8, 2021
White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge