Case 7:21-cv-05256-VB D

THE
MARGOLIN & WEI
LAW GROUP LLP
ATTORNEYS AT LAW

ALAN WEINREB, ESQ. C. LANCE MARGOLIN, ESQ.

APPLICATION GRANTED:

The status conference before Judge Briccetti is adjourned from April 13, 2022, to **May 18, 2022, at 12:00 p.m.** The conference before Judge Briccetti will be held in Courtroom 620.

Chambers will mail a copy of this Order to defendant at the address on the docket.

SO ORDERED:

Vincent L. Briccetti, U.S.D.J.,
~~April 8, 2022~~ 4/8/2022

*Via ECF*
Honorable Judge Vincent L. Briccetti
United States District Court Judge
United States District Court—S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

RE: Windward Bora LLC v. Keith Rosario, et al., Civil Action No. 21-cv-05256-VB

Dear Judge Briccetti:

We represent Windward Bora LLC ("Plaintiff") in the above-referenced foreclosure action. Please accept this letter as a request for an adjournment of the Status Conference scheduled for April 13, 2022 at 11:00 AM, on consent of the parties.

Today, the parties appeared for our second Settlement Conference with Magistrate Judge Davison. Although we have not finalized settlement, we are continuing to attempt to resolve the matter. As such, Magistrate Judge Davison scheduled an additional Settlement conference for Wednesday, May 11, 2022. In light of the foregoing, we respectfully request that the Status Conference be adjourned to a date after May 11, 2022.

We thank the Court for its review of our request.

Respectfully Submitted,

By: */s/Alan H. Weinreb*
Alan H. Weinreb, Esq.

DOCUMENT
ELECTRONICALLY FILED

cc: Keith Rosario, Defendant *pro se* (via e-mail)

4/8/22

Copies Mailed/Faxed 4/8/22
Chambers of Vincent L. Briccetti

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

The Margolin & Weinreb Law Group, LLP may be a debt collector attempting to collect a debt and any information obtained may be used for that purpose. If you are in a pending bankruptcy proceeding, The Margolin & Weinreb Law Group, LLP will take no action, except as allowed under the Bankruptcy Code. If you received a Chapter 7 discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement against the collateral property.

