UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WINDWARD BORA LLC,
                Plaintiff,

v.

KEITH ROSARIO,
                Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 5256 (VB)

      The Court has been advised that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than July 12, 2022.  To be clear, any application to restore the action must be filed by July 12, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled.  Any pending motions are moot.

      The Clerk is instructed to close the case.

      Chambers will mail a copy of this order to defendant at the address on the docket.

Dated: May 12, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge