

**ALAN WEINREB, ESQ.**   **C. LANCE MARGOLIN, ESQ.**   **CYNTHIA A. NIERER, ESQ.**

165 Eileen Way, Suite 101
Syosset, New York 11791

T. (516) 921-3838
F. (516) 921-3824
www.nyfclaw.com

July 12, 2022

<u>Via ECF</u>
Honorable Judge Vincent L. Briccetti
United States District Court Judge
United States District Court—S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

      RE:    <u>Windward Bora LLC v. Keith Rosario, et al., Civil Action No. 21-cv-05256-VB</u>

Dear Judge Briccetti:

    We represent Windward Bora LLC ("Plaintiff") in the above-referenced foreclosure action. Please accept this letter as a request for an extension of time for Plaintiff's right to restore the action to the Court's calendar, pursuant to Your Honor's Order at Docket No. 31, for 60 days as the parties are still in the process of finalizing the deed in lieu agreement. This is the first request for an extension of time to restore the action.

    We thank the Court for its review of our request.

                              Respectfully Submitted,

                By:    <u>/s/Alan H. Weinreb</u>
                          Alan H. Weinreb, Esq.

cc: Keith Rosario, Defendant *pro se* (via e-mail)

**WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The Margolin & Weinreb Law Group, LLP may be a debt collector attempting to collect a debt and any information obtained may be used for that purpose. If you are in a pending bankruptcy proceeding, The Margolin & Weinreb Law Group, LLP will take no action, except as allowed under the Bankruptcy Code. If you received a Chapter 7 discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement against the collateral property.

