Case 7:21-cv-05256-VB

# THE
# MARGOLIN & WEINREB
LAW GROUP LLP
ATTORNEYS AT LAW

ALAN WEINREB, ESQ.    C. LANCE MARGOLIN, ESQ.

---

> **APPLICATION GRANTED:**
>
> Any application to restore the action to the Court's calendar must be filed by **November 14, 2022**.
>
> In light of the representation by plaintiff's counsel that defendant has moved to North Carolina, Chambers will email a copy of this Order to the address listed on the docket. Moreover, plaintiff's counsel is directed to mail a copy of this Order to defendant's new address and file proof of service on the docket by **September 16, 2022**.
>
> SO ORDERED:
>
> /s/ Vincent L. Briccetti
>
> Vincent L. Briccetti, U.S.D.J.
> September 13, 2022

*Via ECF*
Honorable Judge Vincent L. Briccetti
United States District Court Judge
United States District Court—S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

RE:    Windward Bora LLC v. Keith Rosario, et al., Civil Action No. 21-cv-05256-VB

Dear Judge Briccetti:

We represent Windward Bora LLC ("Plaintiff") in the above-referenced foreclosure action. Please accept this letter as a request for an extension of time for Plaintiff's right to restore the action to the Court's calendar, pursuant to Your Honor's Order at Docket No. 33, for 60 days.

Plaintiff completed the deed in lieu agreement documents and sent them to Mr. Rosario at his new residence in North Carolina, as he has already vacated the property being foreclosed. We are awaiting Mr. Rosario's review of the documents and execution thereof if he is amenable thereto. This is the second request for an extension of time to restore the action.

We thank the Court for its review of our request.

Copies mailed
Chambers of Vincent L. Briccetti 9-13-22

Respectfully Submitted,

By:    /s/Alan H. Weinreb
       Alan H. Weinreb, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-13-22

cc: Keith Rosario, Defendant *pro se* (via e-mail)

---

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

The Margolin & Weinreb Law Group, LLP may be a debt collector attempting to collect a debt and any information obtained may be used for that purpose. If you are in a pending bankruptcy proceeding, The Margolin & Weinreb Law Group, LLP will take no action, except as allowed under the Bankruptcy Code. If you received a Chapter 7 discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement against the collateral property.

