> **APPLICATION GRANTED:**
>
> Any application to restore the action to the Court's calendar must be filed by **March 17, 2023**.
>
> Chambers will mail a copy of this Order to defendant at the address listed on the docket and defendant's new address, as indicated in plaintiff's affidavit of service dated September 14, 2022. (Doc. #36).
>
> The Clerk is directed to terminate the letter motion. (Doc. #39).
>
> SO ORDERED:
>
> /s/ Vincent L. Briccetti
> Vincent L. Briccetti, U.S.D.J.
> January 17, 2023

# THE MARGOLIN & WEINREB
LAW GROUP L
ATTORNEYS AT LAW

ALAN WEINREB, ESQ.   C. LANCE MARGOLIN, E

<u>Via ECF</u>
Honorable Judge Vincent L. Briccetti
United States District Court Judge
United States District Court—S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

RE:   <u>Windward Bora LLC v. Keith Rosario, et al., Civil Action No. 21-cv-05256-VB</u>

Dear Judge Briccetti:

Copies Mailed/Faxed 1-17-23
Chambers of Vincent L. Briccetti

We represent Windward Bora LLC ("Plaintiff") in the above-referenced foreclosure action. Please accept this letter as a request for an extension of time for Plaintiff's right to restore the action to the Court's calendar, pursuant to Your Honor's Order at Docket No. 38, for 60 days.

Mr. Rosario had an attorney review the deed in lieu agreement and provided our office with notes and requests for amendments. Last week, our office sent over the revised deed in lieu agreement to Mr. Rosario for his review and execution. In light thereof, we respectfully request that the within request be granted. This is the fourth request for an extension of time to restore the action.

We thank the Court for its review of our submission and patience in this matter.

Respectfully Submitted,

By:   /s/Alan H. Weinreb
Alan H. Weinreb, Esq.

cc: Keith Rosario, Defendant *pro se* (via e-mail)

---

**WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The Margolin & Weinreb Law Group, LLP may be a debt collector attempting to collect a debt and any information obtained may be used for that purpose. If you are in a pending bankruptcy proceeding, The Margolin & Weinreb Law Group, LLP will take no action, except as allowed under the Bankruptcy Code. If you received a Chapter 7 discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement against the collateral property.

